UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL VASILIY KOLESNIK,

                 Petitioner,

  v.

PATRICK GLEBE,

                 Respondent.

No. C11-5694 BHS/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED  8th  day of September, 2011.

                                                Karen L. Strombom
                                               United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1