1

2

3

4                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
5                                      AT TACOMA

6    MICHAEL VASILIY KOLESNIK,

7                         Petitioner,        NO. C11-5694 BHS/KLS

8        v.                                  ORDER FOR EXTENSION OF TIME
                                             TO FILE RESPONSE TO ANSWER
     PATRICK GLEBE,
9
                         Respondent.
10

11          Before the Court is Petitioner's motion for an extension of time within which to file a

     response to Respondent's answer to Petitioner's habeas petition.  ECF No. 16.  Respondent
12
     filed no opposition to the request.
13
            Accordingly, it is **ORDERED:**
14
            (1)     Petitioner's motion (ECF No. 16) is **GRANTED**; Petitioner shall file his
15
     response **on or before January 3, 2012.**
16
            (2)     The Clerk shall re-note the habeas petition on the Court's calendar for **January**
17
     **6, 2012**, and shall send copies of this Order to Petitioner and to counsel for Respondent.
18

19
            **DATED** this  19th   day of December, 2011.
20

21

22                                                  Karen L. Strombom
                                                    United States Magistrate Judge
23

24

25

26

ORDER - 1